UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 4:12-cv-75-HSM-SKL |
| TEPRO, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff's motion to withdraw Attorney Mark H. Chen as counsel of record [Doc. 25]. Plaintiff will continue to be represented in this matter by Attorneys Faye A. Williams, Joseph M. Crout, Kenneth P. Anderson, and Matthew H. McCoy.

Accordingly, the motion to withdraw [Doc. 25] is **GRANTED**. The Clerk is **DIRECTED** to terminate Attorney Chen as counsel of record.

SO ORDERED.

ENTER:

                                                                         s/ *Susan K. Lee*
                                                                         SUSAN K. LEE
                                                                         UNITED STATES MAGISTRATE JUDGE