UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 4:12-cv-75-HSM-SKL |
| TEPRO, INC., | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is Plaintiff's motion to withdraw Attorney Joseph M. Crout as counsel of record [Doc. 43]. Plaintiff will continue to be represented in this matter by Attorneys Faye A. Williams, Matthew H. McCoy, Kelley R. Thomas, Markeisha K. Savage, and Anica C. Jones.

Accordingly, the motion to withdraw [Doc. 43] is **GRANTED**. The Clerk is **DIRECTED** to terminate Attorney Crout as counsel of record.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE